UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## CALL DOCKET

The record reflects that there has been no answer or default judgment filed as to one or more of the defendants in the cases listed below.

The following cases are hereby set for a call of the docket to be held on WEDNESDAY, APRIL 25, 2012, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN.

Failure of plaintiffs or plaintiffs' counsel to report the status, or in the absence of good cause shown why the cases should remain on the docket, the cases will be dismissed for failure to prosecute.

| | |
|---|---|
| 11-2894 | BAYOU FUEL MARINE HARDWARE SUPPLIES, INC. V DRC EMERGENCY SERVICES, LLC |
| 11-2963 | JANE DOE, ET AL V ORE DUCKWORTH, ET AL |
| 11-3116 | JOHN LOVE V ZIMMER, INC. |
| 11-3129 | HOLLEY MERRICK V GAUBERT'S FOOD MART, INC., ET AL |

New Orleans, Louisiana, this 4th day of April 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

ISSUED FOR THE COURT:

/s/ Kimberly A. County
Case Manager, Section "C"
(504) 589-7682

**PLEASE DIRECT ANY INQUIRIES REGARDING THIS NOTICE TO THE ABOVE NAMED CASE MANAGER**