UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BAYOU FUEL MARINE AND                                  CIVIL ACTION
HARDWARE SUPPLIES, INC.

VERSUS                                                 NO. 11-2894

DRC EMERGENCY SERVICES, LLC                            SECTION "C"


LAST KNOWN ADDRESS OF DEFENDANT(S) IN DEFAULT

DEFENDANT:

DRC EMERGENCY SERVICES LLC

740 MUSEUM DRIVE

MOBILE, ALABAMA 36608


DRC EMERGENCY SERVICES LLC

THROUGH CORPORATION SERVICE COMPANY

320 SOMERULOS STREET

BATON ROUGE, LOUISIANA 708020-6219