UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FUEL MARINE AND HARDWARE SUPPLIES, INC.** | * | **CIVIL ACTION NO.: 2:11-CV-02894** |
| | * | |
| | * | **SECTION    "C"** |
| **Versus** | * | |
| | * | **JUDGE HELEN G. BERRIGAN** |
| **DRC EMERGENCY SERVICES, L.L.C.** | * | |
| | * | **MAGISTRATE SALLY SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED,** ~~ADJUDGED, AND DECREED~~ that considering the motion and memorandum for leave, filed by plaintiff, Bayou Fuel Marine and Hardware Supplies, Inc., ("Bayou Fuel"); to file Reply Memorandum to the Memorandum in Opposition to plaintiff's Motion for Summary Judgment, filed by defendant, DRC Emergency Services, LLC;

**IT IS HEREBY ORDERED** that the Reply Memorandum of plaintiff to defendant's Memorandum in Opposition to plaintiff's Motion for Summary Judgment be and same is hereby permitted to be filed.

**NEW ORLEANS, LOUISIANA**, this  5th  day of _____September_____, 2012.

_____
**HONORABLE HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**